FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUN 28 2023

TAMMY H. DOWNS, CLERK
By: _____
               DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**KRYSTEN R. DREYER**                                                                 PLAINTIFF

V.                                          No. 4:23-CV-00577 BRW

**BETHANY CHRISTIAN SERVICES,** *et al.*                                       DEFENDANTS

## ORDER

Plaintiff's motion for leave to proceed *in forma pauperis* (Doc. No. 1) is GRANTED. However, the complaint will not be served at this time.

Plaintiff's complaint includes vague allegations relating to Defendants "[stealing] her children."[1] The speculative, conclusory, and unsubstantiated allegations against the Defendants are insufficient to state any plausible claim for relief.[2]

Plaintiff has 14 days to file an amended complaint. The amended complaint must set out the claims in a way that allows each Defendant to know which claim Plaintiff is pursuing against him or her. In other words, she must amend to provide the specific, who, what, when, and where related to the allegations.

Plaintiff's amended complaint will supersede or replace the current complaint.[3] So,

---

[1] Doc. No. 2.

[2] See *Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009); *Ashcroft*, 556 U.S. at 678 (explaining that "labels and conclusions," a "formulaic recitation of the elements of a cause of action," and "naked assertions devoid of further factual enhancement" are insufficient to plead a § 1983 claim; and, instead, a plaintiffs must set forth   sufficient factual matter, accepted as true, to state a claim to relief that is plausible on its face").

[3] See *In re Atlas Lines, Inc.* 209 F.3d 1064, 1067 (8th Cir. 2000) (an amended complaint supersedes an original complaint and renders the original complaint without legal effect).

1

Plaintiff should include all allegations relevant to the claim(s) she wants to pursue in this case. If Plaintiff does not file an amended complaint this case will be dismissed for failure to state a claim.

IT IS SO ORDERED this 28th day of June, 2023.

_____
UNITED STATES DISTRICT JUDGE