# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**KRYSTEN R. DREYER**                                                                                              **PLAINTIFF**

V.                                              No. 4:23-CV-00577-BRW

**BETHANY CHRISTIAN SERVICES**, *et al*.                                                          **DEFENDANTS**

## ORDER

On June 28, 2023, I ordered Plaintiff Krysten Dreyer to file, within 30 days, an amended complaint and warned that failure to do so would result in the dismissal of her complaint. (Doc. 3). Ms. Dreyer has not complied with the Court's June 28th Order and the time for doing so has passed. Accordingly, her complaint is dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal of this order would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 19th day of July, 2023.

                                                            BILLY ROY WILSON
                                             UNITED STATES DISTRICT JUDGE