## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**KRYSTEN R. DREYER**                                                                                          **PLAINTIFF**

**V.**                                       **No. 4:23-CV-00577-BRW**

**BETHANY CHRISTIAN SERVICES,** *et al.*                                                      **DEFENDANTS**

### JUDGMENT

Based on the order entered today, this case is DISMISSED without prejudice.

IT IS SO ORDERED this 19th day of July, 2023.

_____<br>
BILLY ROY WILSON<br>
UNITED STATES DISTRICT JUDGE